UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RALPH MERCED, JR.,<br><br>Debtor. | Chapter: 13<br><br>Case No. 24-22794 CGM |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

I, \_\_\_\_\_Ingrid Rios\_\_\_\_\_, am \_\_Authorized Representative\_\_ for PennyMac Loan Services, LLC ("Movant"). As such, I am fully familiar with the facts and circumstances contained herein and affirm the following under penalty of perjury:

1. The Debtor(s) executed a Note and Mortgage on December 15, 2016 to United Northern Mortgage Bankers, LTD.

2. The Mortgage was then assigned into PennyMac Loan Services, LLC.

3. On September 17, 2024, the Debtor(s) filed a Chapter 13 Petition in Bankruptcy.

4. Said Mortgage held by Movant is in default in that the Debtor failed to make Post-petition payments beginning on December 1, 2024.

5. As of March 8, 2025, there is due and owing to Movant on the Mortgage the sum of $357,962.73 plus per diem interest accruing thereafter, as well as taxes, attorneys' fees and reasonable costs accruing thereafter.

6. Movant seeks to pursue a foreclosure action with respect to its Mortgage in the Supreme Court of the State of New York.

<a>
<p><s></s></p>
</a>

7.  Accordingly, Movant is not adequately protected and therefore, relief is proper.

WHEREFORE, Movant, by way of its Attorneys, prays for the entry of an Order granting relief from the stay and such other and further relief as to the Court may seem just and proper.

Dated: 2.26.25                By: _____

Sworn to before me this
26 day of Feb , 2025

_____
NOTARY PUBLIC

**SEE ATTACHED**

**SEE ATTACHED**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Ventura

Subscribed and sworn to (or affirmed) before me on this 26th day of February, 20 25, by Ingrid Rios, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RAYMOND RIVER NAVARRO
Notary Public - California
Ventura County
Commission # 2478197
My Comm. Expires Jan 2, 2028

(Seal)        Signature _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

RALPH MERCED, JR.,

      Debtor.

Case No. 24-22794 CGM

---

RELIEF FROM STAY - REAL ESTATE AND
COOPERATIVE APARTMENTS

---

I, __Ingrid Rios_____Authorized Representative__ < NAME AND TITLE>
OF PennyMac Loan Services, LLC, HEREBY DECLARE:

### BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 34 HALSTEAD AVE, YONKERS, NY 10704

2. LENDER NAME: PennyMac Loan Services, LLC

3. DATE OF MORTGAGE: December 15, 2016

4. POST-PETITION PAYMENT ADDRESS: 3043 TOWNSGATE ROAD, WESTLAKE VILLAGE, CA 91361.

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $357,962.73 as of 03/08/25
(Note: this amount may not be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $600,000.00

7. SOURCE OF ESTIMATED VALUATION: DEBTOR SCHEDULE 'A/B'

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE: $357,962.73

    A. AMOUNT OF PRINCIPAL: $340,743.65

    B. AMOUNT OF INTEREST: $11,720.07

    C. AMOUNT OF ESCROW (TAXES AND INSURANCE): $4,948.99

    D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $0.00

    E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR PREPETITION: $0.00

    F. AMOUNT OF PREPETITION LATE FEES, IF ANY, BILLED TO DEBTOR: $0.00

9. CONTRACTUAL INTEREST RATE: __6.625%__ (If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: _N/A_.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE:
FEES $80.50, MIP $469.52
(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: _N/A_.)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT

11. DATE LAST PAYMENT WAS RECEIVED: <u>02/03/25 AND WAS APPLIED TO 11/01/24 POST-PETITION PAYMENT</u>

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON 12/01/24: <u>THREE (3)</u>

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 12/1/24 THROUGH 2/1/25 | $3,499.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS: | $10,497.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

14. AMOUNT OF MOVANT'S ATTORNEYS' FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: <u>$0.00</u>

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: <u>$0.00</u>

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: <u>$0.00</u>

17. AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: <u>$0.00</u>

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: <u>$0.00</u>

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: <u>$0.00</u>

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: <u>($0.00)</u>

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR, ETC.: <u>$0.00</u>

# REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit __A, B, C__ .)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit __A, B, C__ .)

(3) Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit __A, B, C__ .)

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS FORM AND/OR ANY EXHIBITS ATTACHED TO THIS FORM (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE -OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS.

I FURTHER CERTIFY THAT THE ORIGINAL DOCUMENTS ARE IN MOVANT'S POSSESSION, EXCEPT AS FOLLOWS: _____.

## DECLARATION

I __Ingrid Rios    Authorized Representative__ <NAME AND TITLE> OF __PennyMac Loan Services, LLC__ <NAME OF MOVANT> HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT __Moorpark, Ventura__ <CITY/TOWN>, __CA__ <STATE> ON THIS __26__ DAY OF __February__ <MONTH>, 20__25__ <YEAR>.

X _____ <SIGN NAME>
__Ingrid Rios__ <PRINT NAME>
__Authorized Representative__ <TITLE>
__PENNYMAC, LLC__ <MOVANT>
__3043 Townsgate Road #200__
__Westlake Village, CA 91361__ <STREET ADDRESS>
_____ <CITY, STATE, ZIP CODE>