# EXHIBIT A



## TOTAL CHECKING (...4256)

**$248.31**
Available balance

$248.31
Present balance

+$12,314.53
Deposits this month

-$12,549.33
Withdrawals this month

On | Debit card coverage

On | Overdraft protection

## Transactions

Showing: ACH debit

We found 24 transactions.

Filtered by: ACH debit    May 01, 2024 to Mar 25, 2025    $390 to $3,500

| Date | Description | Type | Amount |
|---|---|---|---|
| Mar 24, 2025 | PENNYMAC CASH 1006459064-0043 TEL ID: 1262049351 | ACH debit | -$3,499.16 |
| Mar 11, 2025 | PENNYMAC CASH 1006459064-0042 TEL ID: 1262049351 | ACH debit | -$999.16 |
| Mar 07, 2025 | PENNYMAC CASH 1006459064-0041 TEL ID: 1262049351 | ACH debit | -$2,500.00 |
| Feb 18, 2025 | BB TUITION MGMT BB TUITION 53028498 WEB ID: 205431152 | ACH debit | -$715.00 |
| Feb 03, 2025 | PENNYMAC CASH 1006459064-0040 TEL ID: 1262049351 | ACH debit | -$398.76 |

| Date | Description | Type | Amount |
|---|---|---|---|
| Jan 21, 2025 | BB TUITION MGMT BB TUITION 52399688 WEB ID: 205431152 | ACH debit | -$715.00 |
| Jan 06, 2025 | BB TUITION MGMT BB TUITION 52133338 WEB ID: 205431152 | ACH debit | -$715.00 |
| Nov 29, 2024 | BB TUITION MGMT BB TUITION 51461314 WEB ID: 205431152 | ACH debit | -$745.00 |
| Nov 14, 2024 | PENNYMAC CASH 1006459064-0039 TEL ID: 1262049351 | ACH debit | -$3,289.78 |
| Oct 24, 2024 | BB TUITION MGMT BB TUITION 50939431 WEB ID: 205431152 | ACH debit | -$715.00 |
| Oct 16, 2024 | BB TUITION MGMT BB TUITION 50819801 WEB ID: 205431152 | ACH debit | -$715.00 |
| Oct 09, 2024 | PENNYMAC CASH 1006459064-0038 WEB ID: 1262049351 | ACH debit | -$3,309.78 |
| Sep 17, 2024 | BB TUITION MGMT BB TUITION 50344103 WEB ID: 205431152 | ACH debit | -$715.00 |
| Sep 13, 2024 | PENNYMAC RETRY PYMT 1006459064-0037 WEB ID: 1262049351 | ACH debit | -$3,289.78 |
| Sep 09, 2024 | PENNYMAC CASH 1006459064-0037 WEB ID: 1262049351 | ACH debit | -$3,289.78 |
| Aug 26, 2024 | BB TUITION MGMT BB TUITION 49969464 WEB ID: 205431152 | ACH debit | -$755.00 |
| Aug 19, 2024 | PROG ADVANCED INS PREM PPD ID: 9409348070 | ACH debit | -$1,348.50 |
| Jul 26, 2024 | PENNYMAC CASH 1006459064-0036 TEL ID: 1262049351 | ACH debit | -$3,312.44 |
| Jul 17, 2024 | PROG ADVANCED INS PREM PPD ID: 9409348070 | ACH debit | -$732.47 |

| Date | Description | Type | Amount |
|---|---|---|---|
| Jun 28, 2024 | PENNYMAC CASH 1006459064-0035 WEB ID: 1262049351 | ACH debit | -$3,312.44 |
| Jun 17, 2024 | PROG ADVANCED INS PREM PPD ID: 9409348070 | ACH debit | -$732.47 |
| May 31, 2024 | PENNYMAC CASH 1006459064-0034 WEB ID: 1262049351 | ACH debit | -$3,312.44 |
| May 17, 2024 | BB TUITION MGMT BB TUITION 48524230 WEB ID: 205431152 | ACH debit | -$675.00 |
| May 07, 2024 | PROG ADVANCED INS PREM POL 980875476 TEL ID: 9409348112 | ACH debit | -$735.65 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC    ©2025 JPMorgan Chase & Co    Equal Opportunity Lender